[Civ. No. 2346. Second Appellate District, Division One.—July 31, 1919.]

## B. V. COLLINS, Respondent, v. JOHN ROBERTS COMPANY (a Corporation), Appellants.

[1] APPEAL—FAILURE TO FILE BRIEF OR ORALLY ARGUE—JUDGMENT.—Where the appellants file no points and authorities in support of their appeal and do not appear at the calling of the calendar to make oral argument, the judgment will be affirmed.

APPEAL from a judgment of the Superior Court of Los Angeles County. Curtis D. Wilbur, Judge. Affirmed.

The facts are stated in the opinion of the court.

Jones & Weller for Appellants.

Kemp, Mitchell & Silberberg for Respondent.

THE COURT.—In this case there was an appeal taken by the defendants from the judgment. A transcript was filed in this court in April, 1917. The appellants filed no points and authorities in support of their appeal and did not appear at the calling of the calendar to make oral argument. No cause is therefore shown why the judgment appealed from should be held erroneous.

The judgment is affirmed.